[No. 32724-1-I.   Division One.   July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. D.B.,
*Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 93-8-00739-8, Donald D. Haley, J., entered June
16, 1994. *Remanded* by unpublished opinion per Webster,
C.J., concurred in by Scholfield and Baker, JJ.

[No. 30211-6-I.   Division One.   July 18, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. DAMIAN
LEONARDO MOON, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02403-7, Norma Smith Huggins, J., entered
February 6, 1992. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Kennedy, JJ.

[No. 31872-1-I.   Division One.   July 18, 1994.]

INNIS ARDEN CLUB, INC., ET AL, *Plaintiffs,* v. HOWARD
ALMQUIST, ET AL, *Defendants.*

HENRY C. WEBER, ET AL, *Appellants,* v. ROBERT
TILLMAN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 84-2-09622-5, Anne L. Ellington, J., entered
November 5, 1992. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Scholfield and Coleman, JJ.

[No. 31536-6-I.   Division One.   July 18, 1994.]

*In the Matter of the Marriage of* LORETTE SCHNEIDER,
*Respondent, and* LEE V. SCHNEIDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80-3-04461-7, Warren Chan, J., entered Septem-
ber 9, 1992. *Affirmed in part* and *remanded* by unpublished